**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Felix Nepa<br>    aka Felix P Nepa<br>    aka Felix Paul Nepa<br>                  **Debtor** | BK NO. 19-00095 RNO<br><br>Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                                          Respectfully submitted,

                                                     **/s/ James C. Warmbrodt, Esquire**
                                                     James C. Warmbrodt, Esquire
                                                     KML Law Group, P.C.
                                                     BNY Mellon Independence Center
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA  19106
                                                     215-627-1322