In re:                                                          Case No. 19-00095-RNO
Felix Nepa                                                      Chapter 7
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Apr 09, 2019
                             Form ID: ntnoshow       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db              Felix Nepa,    404 Academy St,    Archbald, PA  18403-1804
5149137         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5149144         +Great Northern Insurance Company,    a/s/o Andrew Wilshinsky,    600 Independence Pkwy,
                Chesapeake, VA 23320-5188
5149145         High Focus Center, Inc.,    47 Maple St Ste 401,    Summit, NJ 07901-2540
5149138         NBT Bank,    Card Member Services,    PO Box 6335,    Fargo, ND 58125-6335
5149139         P and G Mehoopany Emp. Cr. Un. (VISA),    Customer Service,    PO Box 30495,
                Tampa, FL 33630-3495
5149146         Sandler & Marchesini,    c/o Paul N. Sandler, Esquire,    Philadelphia, PA 19102-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5149141*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5149142*        NBT Bank,    Card Member Services,    PO Box 6335,    Fargo, ND 58125-6335
5149143*        P and G Mehoopany Emp. Cr. Un. (VISA),    Customer Service,    PO Box 30495,
                Tampa, FL 33630-3495
5149140*        P and G Mehoopany Emp. Cr. Un. (VISA),    Customer Service,    PO Box 30495,
                Tampa, FL 33630-3495
                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Ronald V. Santora    on behalf of Debtor 1 Felix  Nepa ronsantoraesq@aol.com,
               Sadie@bressetsantora.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Felix Nepa,
aka Felix P Nepa, aka Felix Paul Nepa,

Chapter    7

**Debtor 1**

Case No.    5:19–bk–00095–RNO

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **April 29, 2019** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **April 29, 2019**.

**If no objections are filed by April 29, 2019, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 9, 2019 |

ntnoshow (07/18)