```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00095-RNO
Felix Nepa                                                      Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar           Page 1 of 1              Date Rcvd: May 03, 2019
                              Form ID: ordsmiss       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db              Felix Nepa,    404 Academy St,    Archbald, PA  18403-1804
5149144        +Great Northern Insurance Company,    a/s/o Andrew Wilshinsky,    600 Independence Pkwy,
                 Chesapeake, VA 23320-5188
5149145         High Focus Center, Inc.,    47 Maple St Ste 401,    Summit, NJ 07901-2540
5149138         NBT Bank,    Card Member Services,    PO Box 6335,    Fargo, ND 58125-6335
5149139         P and G Mehoopany Emp. Cr. Un. (VISA),    Customer Service,    PO Box 30495,
                 Tampa, FL 33630-3495
5149146         Sandler & Marchesini,    c/o Paul N. Sandler, Esquire,    Philadelphia, PA 19102-3523
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5149137         EDI: BANKAMER.COM May 03 2019 23:03:00      Bank of America,    PO Box 982234,
                 El Paso, TX 79998-2234
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5149141*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:   Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5149142*        NBT Bank,    Card Member Services,    PO Box 6335,    Fargo, ND 58125-6335
5149143*        P and G Mehoopany Emp. Cr. Un. (VISA),    Customer Service,    PO Box 30495,
                 Tampa, FL 33630-3495
5149140*        P and G Mehoopany Emp. Cr. Un. (VISA),    Customer Service,    PO Box 30495,
                 Tampa, FL 33630-3495
                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Ronald V. Santora    on behalf of Debtor 1 Felix  Nepa ronsantoraesq@aol.com,
               Sadie@bressetsantora.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Felix Nepa,<br>aka Felix P Nepa, aka Felix Paul Nepa, | Chapter 7 |
| **Debtor 1** | Case No. 5:19–bk–00095–RNO |

### Order

   After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

   **ORDERED** that the case is hereby dismissed as to Debtor 1.

Dated: May 3, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)